IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

GIOVANNI LEANDRY-MORALES,

Plaintiff,

v.

DEPARTMENT OF CORRECTIONS, LIEUTENANT MCSHANE, SERGEANT WOOLDRIDGE,

Defendants.

2:25-CV-002266-CCW-CBB

**ORDER**

This case has been referred to United States Magistrate Judge Christopher B. Brown for pretrial proceedings in accordance with the Magistrates Act, 28 U.S.C. §§ 636(b)(l)(A) and (B), and Local Rule of Civil Procedure 72.

On August 3, 2026, the Magistrate Judge issued a Report, ECF No. 48, recommending that Defendants' Partial Motion to Dismiss be granted in part and denied in part as follows: granted as to all claims brought against Defendants in their official capacities, denied as to the First Amendment Retaliation claim against Defendants Woodridge and McShane (Count III), granted without prejudice and with leave to amend as to the civil conspiracy claim against Defendants Wooldridge and McShane (Count IV), and without prejudice and with leave to amend as to the ADA claim against the Department of Corrections (Count V). Service of the Report and Recommendation was made on Plaintiff, and no objections have been filed.

After a review of the pleadings and documents in the case, together with the Report and Recommendation, it hereby is **ORDERED** that the Partial Motion to Dismiss, ECF No. 38, is **GRANTED IN PART** and **DENIED IN PART**, and the Magistrate Judge's Report and

Recommendation, ECF No. 48 is adopted as the Opinion of the District Court. All claims brought against Defendants in their official capacities are **DISMISSED with prejudice**. Plaintiff's civil conspiracy claim against Defendants Wooldridge and McShane (Count IV) is **DISMISSED** without prejudice and with leave to amend. Plaintiff's ADA claim against the Department of Corrections (Count V) is **DISMISSED**, without prejudice and with leave to amend. Plaintiff shall file any amended complaint no later than **September 8, 2026**.

IT IS SO ORDERED.

DATED this 24th day of August, 2026.

BY THE COURT:

/s/ Christy Criswell Wiegand
CHRISTY CRISWELL WIEGAND
United States District Judge

cc (via ECF email notification):

All Counsel of Record

cc (via U.S. First Class Mail)

Giovanni Leandry-Morales, Pro se
QP6329
SCI Fayette
50 Overlook Drive
LaBelle, PA 15450